UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT M. ROBINSON,

    Plaintiff,

v.                                                                Case No:  2:13-cv-616-FtM-29DNF

MARIANITO O. ASPERILLA and KURT
R. SEPTER,

    Defendants.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On December 8, 2014, the Court entered an Order (Doc. 55) permitting counsel for Defendants Marianito O. Asperilla and Kurt R. Septer to withdraw.  The Order specified that Defendants had twenty-one (21) days in which to retain new counsel and have new counsel file a notice of appearance or to notify the Court that they wished to proceed *pro se*.  The Order further specified that if Defendants failed to do so, the Court would recommend that a default be entered against them.

When Defendants failed to comply with the Order, the Court entered an Order to Show Cause (Doc. 57) on January 16, 2015, requiring Defendants to show good cause within fourteen (14) days explaining why defaults should not be entered against them for failing to comply with the Court's previous Order (Doc. 55).  Fourteen days have passed and Defendants have failed to respond to the Order to Show Cause.  Accordingly,

    **IT IS RESPECTFULLY RECOMMENDED THAT:**

    Clerk's defaults be entered against Defendants Marianito O. Asperilla and Kurt R. Septer.

- 2 -

**Respectfully recommended** in Fort Myers, Florida on February 9, 2015.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a de novo determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02

Copies furnished to:

Counsel of Record
Unrepresented Parties